UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:  George Thomas Christakos                    Case No. 07-72851-SCS

Chapter 13                                                                    Debtor(s)

## ORDER OF DISMISSAL

**It** appearing, upon notice and following a hearing, that a petition for proceeding under the provision of Chapter 13 of the Bankruptcy Code was filed by the above named debtor(s) on December 3, 2007, and that said debtor(s) has (have) failed to comply with the Consent Order Settling Motion to Dismiss entered on November 18, 2008, by failing to make payments on arrears and failing to make regular plan payments. It is therefore,

**ORDERED** that the case be, and it hereby is, dismissed without prejudice.

Notice of entry of Order or Judgment _____

_____
Judge

George W Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Ste 402
Chesapeake, VA 23320
(757)961-3000

I ask for this:

/s/ George W Neal
George W. Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2009, the original Order was electronically filed/ mailed to the U. S. Bankruptcy Court, Clerk's Office, 600 Granby Street, Room 400, Norfolk, VA 23510-1915, and that a copy of the proposed Order was mailed to the attorney for the Debtor(s), Tom C Smith, Esquire, 1600 Virginia Beach Boulevard, Virginia Beach, VA 23454-4631; and the debtor(s) George Thomas Christakos, PO Box 772, Virginia Beach, VA 23451.

      /s/ George W Neal
George W. Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320
(757) 961-3000

George W Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Ste 402
Chesapeake, VA 23320
(757)961-3000

Copies to:

George W. Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Tom C Smith, Esquire
1600 Virginia Beach Boulevard
Virginia Beach, VA 23454-4631

George Thomas Christakos
PO Box 772
Virginia Beach, VA 23451

Office of U.S. Trustee
Federal Bldg, Room 625
200 Granby Street
Norfolk, VA 23510

George W Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Ste 402
Chesapeake, VA 23320
(757)961-3000